# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD,<br><br>Plaintiff,<br><br>v.<br><br>HOLANDEZ, INC., et al.<br><br>Defendants. | Case No.: 20-CV-783 W (BGS)<br><br>**ORDER DISMISSING CASE** |

Plaintiff has filed a Notice of Voluntary Dismissal, With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) [Doc. 10], and requests entry of an order dismissing the case. None of the defendants have filed an answer or otherwise appeared in the case. Accordingly, the Court **GRANTS** the motion [Doc. 10] and **ORDERS** the case **DISMISSED** with prejudice.

**IT IS SO ORDERED**.

Dated: July 28, 2020

_____
Hon. Thomas J. Whelan
United States District Judge